No. 93–868. IDAHO *v.* CURL ET AL. Sup. Ct. Idaho. Certiorari denied.

No. 93–915. LADWIG *v.* KENTUCKY. Cir. Ct. Ky., Kenton County. Certiorari denied.

No. 93–939. MCGINNIS ET AL. *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied.

No. 93–945. PETROCHEM INSULATION, INC. *v.* UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–946. WULIGER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–950. RUTLEDGE *v.* REICH, SECRETARY OF LABOR. C. A. 11th Cir. Certiorari denied.

No. 93–955. BEESON ET AL. *v.* PHILLIPS, KING & SMITH ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–971. BLODGETT, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY *v.* JEFFRIES. C. A. 9th Cir. Certiorari denied.

No. 93–984. THOMPSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–1002. CREACIONES VIVIANA LTDA. ET AL. *v.* UNITED STATES;

No. 93–1018. ABUCHAIBE HNOS. LTDA. *v.* UNITED STATES ET AL.; and ABUCHAIBE HNOS. LTDA. *v.* BANCO ATLANTICO S. A. ET AL.;

No. 93–1019. COMERCIAL SAMORA LTDA. *v.* UNITED STATES ET AL.; and COMERCIAL SAMORA LTDA. *v.* BANCO ATLANTICO S. A. ET AL.;

No. 93–1020. ORGANIZACION JD LTDA. ET AL. *v.* UNITED STATES ET AL. (two cases);

No. 93–1061. INDUSTRIAS MARATHON LTDA. *v.* UNITED STATES ET AL.; and INDUSTRIAS MARATHON LTDA. *v.* MANUFACTURERS HANOVER TRUST CO. ET AL.; and

No. 93–1073. MANUFACTURERA DEL ATLANTICO LTDA. ET AL. *v.* UNITED STATES ET AL.; and MANUFACTURERA DEL ATLANTICO LTDA. ET AL. *v.* MANUFACTURERS HANOVER TRUST CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–1006. HIGAREDA ET AL. *v.* UNITED STATES POSTAL SERVICE. C. A. 5th Cir. Certiorari denied.

No. 93–1022. REXROAT *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 93–1025. NICKERSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–1029. WILSON ET AL. *v.* DEPARTMENT OF AGRICULTURE. C. A. 5th Cir. Certiorari denied.

No. 93–1043. VELDHUIZEN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–1052. FLEMING *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–1056. DIGIAN *v.* CLINTON. C. A. 3d Cir. Certiorari denied.

No. 93–1086. WALSH *v.* WARD; and
No. 93–7548. WARD *v.* WALSH. C. A. 9th Cir. Certiorari denied.

No. 93–1119. IN RE GESCHKE ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–1150. CARROLL *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 93–1153. MIXON *v.* FRANKLIN COUNTY, IDAHO, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1154. BEER, MANAGER OF REVENUE, CITY AND COUNTY OF DENVER, COLORADO *v.* CONTINENTAL AIRLINES